August 1, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

MICHAEL KIMBRELL, Appellant

NO. 14-12-00108-CV                 V.

MEMORIAL HERMANN HOSPITAL SYSTEM, MEMORIAL HERMANN
HEALTHCARE SYSTEM, MEMORIAL HERMANN MEDICAL GROUP,
Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Memorial Hermann Hospital System, Memorial Hermann Healthcare System, and Memorial Hermann Medical Group, signed January 4, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Michael Kimbrell, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.